IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE,<br><br>    Defendant.<br>_____/ | No. C 12-05262 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant Public Storage filed a motion to dismiss Plaintiff's complaint on October 17, 2012. See Mot. (dkt. 7). Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter (October 31, 2012). Plaintiff has failed to file an opposition brief. Accordingly, Plaintiff is ORDERED to show cause by **5:00 PM on Tuesday, November 27, 2012** why Plaintiff's case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 20, 2012

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California