IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOSLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>PUBLIC STORAGE,<br><br>    Defendant. | No. C 12-05262 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Public Storage filed a motion to dismiss Plaintiff's complaint on October 17, 2012. See Mot. (dkt. 7). Pursuant to Civil Local Rule 7-3, Plaintiff's opposition brief was due not more than fourteen days thereafter (October 31, 2012). Plaintiff has failed to file an opposition brief. Accordingly, Plaintiff is ORDERED to show cause by **5:00 PM on Tuesday, November 27, 2012** why Plaintiff's case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Dated: November 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5262\osc.wpd