William Mosley
1230 Market Street, #618
San Francisco, CA 94102
(415) 326-3122

Pro Se

FILED
2012 NOV 30 A 9:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MOSLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PUBLIC STORAGE,<br><br>    Defendant | Case No.: C 12-5262 CRB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

DATED: November 29, 2012



IT IS SO ORDERED
Judge Charles R. Breyer

William Mosley, Pro Se
1230 Market Street, #618
San Francisco, CA 94102
415-326-3122

Pro Se

Signed: December 5, 2012

William Mosley v. Public Storage- 1